No. 99M85. SANWICK *v.* CARVER, WARDEN. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. 99–1489. RAQUEL *v.* EDUCATION MANAGEMENT CORP. ET AL. C. A. 3d Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 99–8025. BIERLEY *v.* CONNELLY, JUDGE, COURT OF COMMON PLEAS OF PENNSYLVANIA, ERIE COUNTY, ET AL. C. A. 3d Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 1050] denied.

No. 99–8457. IN RE LILLIBRIDGE; and
No. 99–9035. IN RE FARLEY. Petitions for writs of habeas corpus denied.

No. 99–1673. IN RE HIRSCHFELD. Motion of petitioner to defer consideration of petition for writ of habeas corpus denied. Petition for writ of habeas corpus denied.

No. 99–1652. IN RE RUIZ RIVERA;
No. 99–8498. IN RE MELONCON;
No. 99–8512. IN RE TASBY;
No. 99–8545. IN RE PYTEL; and
No. 99–9026. IN RE JARVIS. Petitions for writs of mandamus denied.

No. 99–592. COLLINS ET AL. *v.* SPOKANE VALLEY FIRE PROTECTION DISTRICT No. 1; and
No. 99–788. SPOKANE VALLEY FIRE PROTECTION DISTRICT No. 1 *v.* COLLINS ET AL. C. A. 9th Cir. Certiorari denied. Reported below: 188 F. 3d 1124.

No. 99–1084. METRO-NORTH COMMUTER RAILROAD CO. *v.* NORRIS ET AL. C. A. 2d Cir. Certiorari denied.